WINIFRED B. DUTCHER, Respondent, v. JEROME C. FITTS, Appellant.— Judgment unanimously affirmed, with costs. Rhodes, J., not sitting.

EDNA SOULES, Administratrix, etc., of HOWARD SOULES, Deceased, Respondent, v. IVAN ACKERLY, Appellant.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DINUZZO, Appellant.— Judgment of conviction reversed and a new trial ordered, on the ground that the verdict was against the weight of the evidence, and that justice requires a new trial. (Code Crim. Proc., § 527.)■ All concur.

RALPH M. SIMONS, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment reversed, on the law, with costs, and complaint dismissed, with costs, on the ground that the plaintiff was guilty of contributory negligence as matter of law; and on the authority of *LaGoy* v. *Director-General of Railroads* (231 N. Y. 191); *Miller* v. *N. Y. C. R. R. Co.* (226 App. Div. 205; affd., 252 N. Y. 546); *Schrader* v. *N. Y. C. & St. L. R. R. Co.* (254 id. 148); *Sears* v. *D. & H. Co.* (232 App. Div. 863).

JENNIE A. DEAN and Another, Administrators, etc., of CHRISTIAN DEAN, Deceased, Respondents, v. HERBERT HOOSE and Others, Appellants.— Judgment unanimously affirmed, with costs.

THE CHENANGO COUNTY NATIONAL BANK AND TRUST COMPANY OF NORWICH, Respondent, v. GEORGE E. FORBELL, Appellant.— Judgment unanimously affirmed, with costs. Hill, J., not sitting.

CLAYTON E. WARING, Respondent, v. CLARA ROBBINS, Appellant.— Judgment and order unanimously affirmed, with costs. Rhodes, J., not sitting.

MICHAEL BLACK, an Infant, by STEPHEN BLACK, His Guardian ad Litem, Respondent, v. MAURICE D. ISENBERGH, Appellant. STEPHEN BLACK, Respondent, v. MAURICE D. ISENBERGH, Appellant.— Judgments and orders unanimously affirmed, with costs in one action.

In the Matter of the Claim of GEORGE YEANNELIS, Respondent, against MICHAEL MENIDES, Doing Business as EXCELLENT PAINTING AND DECORATING COMPANY, Subcontractor, Respondent, and SAMUEL DIAMOND and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.